SLIP OPINION

Cite as 2015 Ark. 382

# SUPREME COURT OF ARKANSAS

| IN RE SUPREME COURT COMMITTEE ON AUTOMATION | **Opinion Delivered** October 22, 2015 |
| --- | --- |

**PER CURIAM**

Dena Ross, District Court Clerk, of Mena, Scott Braden, Assistant Federal Public Defender, of Little Rock, and James Kingsbury, Arkansas State Police, are appointed to the Supreme Court Committee on Automation for three-year terms to expire October 31, 2018. We thank them for their willingness to serve on this important committee.

Honorable Lynn Williams, Circuit Judge, of Hot Springs and Kirby Miraglia of Little Rock, are reappointed to the Committee on Automation for three-year terms to expire October 31, 2018. We thank them for their continued service.

The court expresses its gratitude to David Fuqua and Vickie Asher, whose terms have expired, for their service on the committee. We also note the resignation of Allen Fitzgerald and thank him for his service.